[No. 2406-3. Division Three. August 10, 1978.]

RAYMOND M. BATTEN, JR., *Respondent,* v. JERRY L.
KOLLER, *Appellant.*

Appeal from a judgment of the Superior Court for Spokane County, No. 232625, Philip H. Faris, J., entered

April 1, 1977. *Affirmed as modified* by unpublished opinion per Swanson, J., concurred in by Munson, C.J., and McInturff, J.